**Order filed June 26, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-00198-CR

_____

**MARVIN ALDANA PALENCIA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 208th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1270090**

---

## O R D E R

Appellant's appointed counsel filed a brief under the authority of *Anders v. California*, 386 U.S. 738(1967), in which he concludes the appeal is wholly frivolous and without merit.   To comply with the requirements set forth in *Anders*, counsel must file: (1) a copy of the transmittal letter to the client accompanying his copy of the *Anders* brief in which the client is informed of his right to file a *pro se* brief and obtain a record view; and (2) a Motion to Withdraw.   Accordingly, we enter the following order.

1

We order **J. Sidney Crowley** to file a copy of the transmittal letter on or before **July 6, 2012.** Further, we order **J. Sidney Crowley** to file a motion to withdraw on or before **July 6, 2012.**

PER CURIAM